JENNIE WIAND, Suing on Behalf of Herself and All Other Bondholders Similarly Situated, as Trust Beneficiary under an Indenture Executed on or about September 1st, 1926, by the FLATBUSH AVENUE AND NEVINS STREET CORPORATION to HERBERT S. MARTIN, as Successor Trustee, Respondent, *v.* THE CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, Appellant.

First Department, June 21, 1934.

*John W. Kelly* of counsel [*Frank J. Podesta* with him on the brief]; *Wise, Shepard & Houghton*, attorneys], for the appellant.

*George J. Langley* of counsel [*Daniel F. Cohalan* with him on the brief; *Samuel Hoffman*, attorney], for the respondent.

UNTERMYER, J. For the reasons stated in *Gellens* v. *Continental Bank & Trust Co.* (241 App. Div. 591), decided herewith, the order appealed from should be reversed, with twenty dollars costs and disbursements, and the motion denied with ten dollars costs.

FINCH, P. J., MERRELL, TOWNLEY and GLENNON, JJ., concur.

Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs.